IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| GABRIELLA ROBERTS | § | |
| v. | § | CIVIL ACTION NO. 9:13CV17 |
| CITIMORTGAGE, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this matter has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion to Dismiss (document #8) be granted and that the complaint be dismissed with prejudice. Plaintiff filed written objections to the Report and Recommendation on April 15, 2013. In addition, Plaintiff filed responses to the motion to dismiss on April 9, 2013 and April 15, 2013.

Having made a *de novo* review of the written objections and responses filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Plaintiff has not alleged facts showing plausibility of entitlement to relief as required to defeat a Fed.R.Civ.P. 12(b)(6) motion. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion to Dismiss (document #8) is **GRANTED**. It is further

**ORDERED** that Plaintiff's Motion to Seal (document #10), seeking to seal her response filed on April 9, 2013, is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**. The Scheduling Conference set for April 26, 2013 is **CANCELED**.

So **ORDERED** and **SIGNED** on April __25__, 2013.

_____
Ron Clark
United States District Judge